## Ex Parte Albert Frederick.

No. 10158.   Delivered March 24, 1926.

**Habeas Corpus—To Reduce Bail—Charge of Rape—Five Thousand Dollars Not Excessive.**

Where the trial court on a charge of rape upon a female under the age of consent, she being twelve years old at the time, fixes bail for appellant in the sum of five thousand dollars, and there is no showing of an effort and failure to make the bail required, we are not impressed with the fact that this amount is excessive, and the judgment is affirmed.

Appeal from the District Court of Johnson County. Tried below before the Hon. Irwin T. Word, Judge.

Appeal from an order of the District Court of Johnson County fixing the bail of appellant in the sum of five thousand dollars.

*Troy Deason* of Cleburne, for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—This is an appeal from an order of the District Court of Johnson County, fixing the bail of appellant at the sum of five thousand dollars.

The testimony heard by the learned trial court seems to show without dispute rape upon a female under the age of consent, she being shown to be twelve years old at the time. The case is not before us upon any showing of an effort and failure to make the bail required. The offense is one for which a very grave penalty might be inflicted. We are not impressed with the fact that the discretion of the trial judge was so abused as to lead us to reverse his judgment.

The judgment is affirmed.

*Affirmed.*